# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 7 |
| ULTIMATE ACQUISITION : | Case No. 11-10245 (MFW) |
| PARTNERS, LP, *et al.*[1] : | |
| Debtors. : | |
| BRENDA GOENTZEL on her own behalf and on : | |
| behalf of all other persons similarly situated, : | Adversary Proceeding |
| : | Case No. 11-50602 (MFW) |
| Plaintiff, : | |
| v. : | |
| ULTIMATE ACQUISITION PARTNERS, LP, : | |
| Defendant. : | |

## STATUS REPORT ON ADVERSARY PROCEEDING

| Adversary Case No. | Defendant(s) | Status |
|---|---|---|
| 11-50602 (MFW) | ULTIMATE ACQUISITION PARTNERS, L.P. | Service is complete. A motion to dismiss, and a response thereto, have been filed.<br><br>Shortly after the filing of the response to the motion to dismiss, the case converted from a Chapter 11 case to a Chapter 7 case.<br><br>Plaintiff's counsel has discussed the matter with |

---

[1] The Debtors and the last four digits of their respective tax payer identification numbers are as follows: Ultimate Acquisition Partners, LP (2837) and CC Retail, LLC (7780). The Debtors' address is 321 West 84th Avenue, Suite A, Thornton, Colorado 80260.

| | | |
|---|---|---|
| | | Trustee's counsel and agreed to give the Trustee some time to review and consider the merits of the motion and the underlying action.<br><br>On June 20, 2012, the parties filed a stipulation temporarily staying the WARN Act adversary proceeding since it is not yet known whether there will be sufficient assets in the Debtor's estate to make distributions to unsecured creditors, including the former employees of the Debtor based on the alleged violations of the WARN Act. The Court entered an Order on June 26, 2012 approving the parties' stipulation.<br><br>Plaintiff's counsel conferred with Debtor's counsel on December 12, 2015 and determined that it is still premature at this point to know whether there will ever be funds in the estate to reach the priority unsecured level. **This is still unclear as of today, 4/3/18.** As such, Plaintiff's counsel is waiting to see if any money will be available at the priority unsecured level before moving to lift the stay and resume proceedings. Plaintiff appreciates the Court's understanding. |

Dated: April 3, 2018
Wilmington, Delaware

        Respectfully submitted,
        **MARGOLIS EDELSTEIN**

        /s/ James E. Huggett
        James E. Huggett, Esquire (#3956)
        300 Delaware Avenue, Suite 800
        Wilmington, Delaware 19801
        (302) 888-1112 telephone
        (302) 888-1119 facsimile
        jhuggett@margolisedelstein.com

        **LANKENAU & MILLER, LLP**
        Stuart J. Miller, Esquire
        132 Nassau Street
        New York, New York 10038
        (212) 581-5005 telephone
        (212) 581-2122 facsimile

        **THE GARDNER FIRM, P.C**.
        Mary E. Olsen, Esquire
        M. Vance McCrary, Esquire
        210 S. Washington Avenue
        Mobile, Alabama 36602
        (251) 433-8100 telephone
        (251) 433-8181 facsimile

        *Counsel to the Plaintiff*